IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANURAG BIYANI,<br><br>    Plaintiff,<br><br> vs.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security; UR M. JADDOU, Director, U.S. Citizenship and Immigration Services; CONNIE NOLAN, Acting Associate Director for Service Center Operations Directorate; and LOREN K. MILLER, Director, Nebraska Service Center;<br><br>    Defendants. | 4:22CV3032<br><br>ORDER<br>NUNC PRO TUNC |

Based on the parties' Rule 26(f) Report, (Filing No. 8), the Court's review of this case will be limited to the Administrative Record. Accordingly,

**IT IS ORDERED:**

1) On or before **June 14, 2022**, Defendants shall file the Administrative Record under restricted access.

2) This case will be resolved by cross-motions for summary judgment.

3) Plaintiff shall file his motion for summary judgement on or before **July 15, 2022**. Defendants' brief responding to the plaintiff's summary judgment motion shall be filed on or before **August 15, 2022**. Plaintiff's reply shall be filed on or before **August 29, 2022**.

4) Defendants shall file their cross-motion for summary judgement on or before **August 15, 2022**. Plaintiff's brief responding to the defendants' summary judgment motion shall be filed on or before **August 29, 2022**. Defendants' reply shall be filed on or before **September 12, 2022**.

Dated this 7th day of June, 2022.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge