# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANURAG BIYANI,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et. al.;<br><br>　　　　　　Defendants. | 4:22CV3032<br><br>ORDER |

After review of the parties' Joint Motion for Leave to Amend Briefs and Stipulation for Extension of Time (Filing No. 18), and for good cause shown,

**IT IS ORDERED** that the parties' Joint Motion for Leave to Amend Briefs and Stipulation for Extension of Time (Filing No. 18) is granted, and the briefing deadlines are amended as follows:

1) Plaintiff's First Amended Brief in Support of the Motion for Summary Judgment (Filing No. 15) shall be filed on or before **August 26, 2022**.

2) Defendants' First Amended Brief in Support of the Cross Motion for Summary Judgment (Filing No. 16) and in Opposition to Plaintiff's Motion for Summary Judgment shall be filed on or before **September 2, 2022**.

3) Plaintiff's Brief in Opposition to the Defendants' Cross Motion for Summary Judgment shall be filed on or before **September 12, 2022**.

4) Plaintiff's Reply in Support of the Motion for Summary Judgment shall be filed on or before **September 12, 2022**.

5) Defendants' Reply in Support of the Cross Motion for Summary Judgment shall be filed on or before **September 26, 2022**.

Dated this 26th day of August, 2022.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/Michael D. Nelson
　　　　　　　　　　　　　　　　　　United States Magistrate Judge